AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, Jr., Joseph F. | 2. Court or Organization<br><br>United States District Court - District of South Carolina | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>901 Richland Street<br>Columbia, SC 29201 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Anderson, Jr., Joseph F. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | Charleston School of Law - adjunct instructor pay | $7,235.00 |
| 2. 2014 | SC Bar - net book royalty | $135.97 |
| 3. 2014 | National Institute of Trial Advocacy - net book royalty | $87.62 |
| 4. 2014 | USC School of Law - adjunct instructor pay | $17,500.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | National Employment Lawyers Assn. | 6/26/2014-6/28/2014 | Boston, MA | Speaker | Lodging, Transportation |
| 2. | SC Association of Justice | 8/7/2014-8/9/2014 | Hilton Head Island, SC | Annual Convention | Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MFS Municipal Income Trust | A | Dividend | | | Sold | 04/28/14 | J | A | N/A |
| 2.  Mutual Fund -Invesco Pacific Growth Fund | A | Dividend | | | Sold | 04/25/14 | J | A | N/A |
| 3.  Mutual Fund - Invesco Global Growth Fund | A | Dividend | | | Sold | 04/30/14 | J | A | N/A |
| 4.  Checking Account | A | Interest | K | T | | | | | |
| 5.  US Savings Bond (Series I) | C | Interest | K | T | | | | | |
| 6.  Mutual Fund - Vanguard LT Treasury Fund | A | Dividend | | | Sold | 06/30/14 | K | A | N/A |
| 7.  Mutual Fund - Vanguard Precious Metals & Mining | A | Dividend | | | Sold | 06/30/14 | J | A | N/a |
| 8.  Stock - Gilead Sciences | A | Dividend | K | T | | | | | |
| 9.  Money Market Account - Bank of America (fka Merrill Lynch Wealth Mgmt) | A | Interest | M | T | | | | | |
| 10.  Mutual Fund - Vanguard Wellington | C | Dividend | L | T | | | | | |
| 11.  Stock - Johnson&Johnson | A | Dividend | K | T | | | | | |
| 12.  Cert. of Deposit - Branch Bank & Trust | A | Interest | K | T | | | | | |
| 13.  Cert. of Deposit - Branch Bank & Trust | A | Interest | J | T | | | | | |
| 14.  Mutual Fund - Vanguard Global Equity | A | Dividend | J | T | | | | | |
| 15.  Mutual Fund - Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 16.  Mutual Fund - Vanguard GNMA Fund | A | Dividend | | | Sold | 06/30/14 | K | A | N/A |
| 17.  Ltd. Pship Interest - Enterprise Products Partners | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ltd. Pship Interest - Energy Transfer Equity | A | Distribution | K | T | | | | | |
| 19. Ltd. Pship Interest - Kinder Morgan Energy Partners | A | Distribution | J | T | | | | | |
| 20. Ltd. Pship Interest - Plains All American Pipeline | A | Distribution | K | T | | | | | |
| 21. Gold Deposit - Standard and Poors | A | Dividend | J | T | | | | | |
| 22. Savings Account - Branch, Bank & Trust | A | Interest | K | T | | | | | |
| 23. Mutual Fund - Vanguard Dividend Growth | A | Dividend | L | T | Buy | 06/30/14 | K | | N/A |
| 24. Mutual Fund - Vanguard Selected Value | A | Dividend | K | T | Buy | 06/30/14 | K | | N/A |
| 25. Mutual Fund - Vanguard Health Care | A | Dividend | L | T | Buy | 06/30/14 | L | | N/A |
| 26. X Stock - AT&T | B | Dividend | K | T | | | | | |
| 27. X Stock - Duke Energy | C | Dividend | L | T | | | | | |
| 28. X Stock - SCANA | B | Dividend | L | T | | | | | |
| 29. X Stock - Exxon Mobil | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Described in prospectus as a "closed-end, non-diversified investment company that seeks to provide current income exempt from federal income taxes." The Trustee is Massachusetts Financial Company.

2. Pacific Growth Fund; Jersey City, NJ

3. Dividend Growth Securities; Jersey City, NJ

4. Branch Bank & Trust Co.; Columbia, SC

5. Series I Savings Bond

6. Vanguard Long Term Treasury Fund; Philadelphia, PA

7. Vanguard Precious Metals & Mining Fund; Philadelphia, PA

8. Gilead Sciences (stock)

9. Merrill Lynch Wealth Mgmt. (formerly Bank of America Cash Reserves); Columbia, SC.     The account is the same as reported in 2012, but for some reason, Bank of America and Merrill Lynch (which merged a few years ago) now report it as Bank of America Money Market Fund rather than a Merrill Lynch Money Market Fund.

10. Vanguard Wellington Fund; Philadelphia, PA

11. Johnson & Johnson (stock)

12. Branch Bank & Trust; Columbia, SC

13. Branch Bank & Trust; Columbia, SC

14. Vanguard Global Equity Fund; Philadelphia, PA

15. Vanguard Energy Fund; Philadelphia, PA

16. Vanguard GNMA Fund; Philadelphia, PA

17. Enterprise Products Partners, Ltd.; Houston, TX.   The account is the same as previous years.  I just discovered that some of the words in the account name were transposed.  What was I formerly listed as "Engery Enterprise Partners, Ltd." should be correctly referred to as "Enterprise Products Partners, Ltd."  My recusal list with the Clerk of Court correctly reflects the name of the company.

18. Energy Transfer Equity; Dallas, TX

19. Kinder Morgan Energy Partners; Houston, TX

20. Plains All American Pipeline; Houston, TX

21. Standard and Poors Deposit Receipt; NY Exchange Traded Fund

22. Savings Acount.

23. Vanguard Dividend Growth Fund; Philadelphia, PA

24. Vanguard Selected Value Fund; Philadelphia, PA

25. Vanguard Health Care Fund; Philadelphia, PA

26-29  These four items of stock assets (26, 27, 28, and 29, identified with an "X"), were a gift from a relative made on January 1, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Anderson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544